Opinion issued May 23, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00420-CV

____________


IN RE JEFFREY MICHAEL BURNS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Jeffrey Michael Burns, has filed a petition for writ of mandamus
complaining of Judge Patronella's (1) January 23, 2007 order rendering summary
judgment and rendering a take-nothing judgment against relator.

 We deny the petition for writ of mandamus.

 All pending motions are overruled as moot.

PER CURIAM


Panel consists of Justices Taft, Jennings, and Alcala.

1. The Honorable David M. Patronella, judge of the Justice of the Peace Court,
Precinct 1, Place 2 of Harris County, Texas. The underlying lawsuit is Jeffrey
Michael Burns v. Colonial Mut. Ins. Co. et al., trial court cause no.
CV12C0047138. Relator's petition recites that he is complaining of the
County Court at Law judge to whose court he has appealed the summary
judgment, but the judge who signed the complained-of judgment was Judge
Patronella.